DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## BLACK v. HIATT

No. 359P87.

Case below: 86 N.C. App. 111.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

## BOWEN v. LAURENS-PIERCE GLASS

No. 295P87.

Case below: 85 N.C. App. 720.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

## COUNTY OF WAKE v. K & K DEVELOPMENT

No. 337P87.

Case below: 85 N.C. App. 720.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

## DEVELOPMENT ENTERPRISES v. ORTIZ

No. 386P87.

Case below: 86 N.C. App. 191.

Petition by defendants and third-party plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

## DRAIN v. UNITED SERVICES LIFE INSURANCE CO.

No. 230P87.

Case below: 85 N.C. App. 174.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.